614

452 A.2d 1093

Commonwealth v. White, Appellant.

Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., WATKINS and MONTGOMERY, JJ.

The order of the lower court is affirmed.

452 A.2d 1093

Commonwealth v. Woodson, Appellant.
Petition for Allowance of Appeal Denied March 23, 1983.

Submitted January 18, 1982. Dennis J. Cogan, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before JOHNSON, WATKINS and LIPEZ, JJ.

The judgment of sentence is affirmed.